1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    United Healthcare Services Incorporated, et    No. CV-21-01302-PHX-DLR
     al.,
10                                                   **ORDER**
                        Plaintiffs,
11
     v.
12
     Advanced Reimbursement Solutions LLC,
13   et al.,

14                       Defendants.

15

16

17          The Court having reviewed the Stipulation and Joint Motion for Entry of Order of

18   Dismissal With Prejudice and Notice of Withdrawal of Dkt. Nos. 323, 324, 355, 396, 487

19   ("Stipulation and Joint Motion") (Doc. 515) filed by Plaintiffs/Counterdefendants United

20   Healthcare Services, Inc. and UnitedHealthcare Insurance Company (collectively,

21   "United") and Defendants/Counterclaimants AZ Surgical Center, LLC, CASC, LLC,

22   Valley Pain Intervention Center LLC, Pain Treatment Center of Tempe, PLLC (the "AZ

23   Surgical Entities"), Kevin Kerchansky, and John J. Baca (collectively with the AZ Surgical

24   Entities, the "AZ Surgical Defendants"), and good cause appearing,

25          **IT IS ORDERED** that the Stipulation and Joint Motion (Doc. 515) is **GRANTED**

26   and the following claims are hereby dismissed with prejudice: (1) all claims asserted by

27   United against the AZ Surgical Defendants pled in the First Amended Complaint (Doc.

28   252) and alleged against Dr. Kevin Kerchansky in the proposed Second Amended

Complaint (Doc. 357); and (2) all counterclaims asserted by the AZ Surgical Entities against United in this action (Doc. 285).

**IT IS FURTHER ORDERED** that: (1) United's Motion for Leave to Amend First Amended Complaint, dated November 8, 2023 (Doc. 355); and (2) Plaintiffs' Motion to Transfer and Consolidate Fortitude Action, dated December 30, 2024 (Doc. 487) are withdrawn.

**IT IS FURTHER ORDERED** that: (1) Motion to Sever Defendants AZ Surgical Center, LLC, CASC, LLC, Valley Pain Intervention Center, LLC, Pain Treatment Center of Tempe, PLLC, Dr. Kevin Kerchansky, and Dr. John Baca, dated February 23, 2024 (Doc. 396); (2) Opposition to Motion to Dismiss the First Amended Counterclaims of Defendants/Counter-Plaintiffs CASC, LLC, AZ Surgical Center, LLC, Valley Pain Intervention Center, LLC, and Pain Treatment Center of Tempe, PLLC, dated August 11, 2023 (Doc. 324); and (3) Opposition to Plaintiffs/Counterdefendants' Motion Seeking Leave to Attach Exhibits to Plaintiffs' Omnibus Motion to Dismiss Certain Defendants' Counterclaims, dated August 11, 2023 (Doc. 323) are withdrawn.

**IT IS FURTHER ORDERED** that each party will bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to terminate the AZ Surgical Defendants from this action.

Dated this 13th day of February, 2025.

_____
Douglas L. Rayes
Senior United States District Judge